IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:14-MJ- 083

WILLIAM BRYANT INMAN, JR. (01)

### WARRANT FOR ARREST

TO: The United States Marshal and
Any Authorized Officer of the United States

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 28 2014
CLERK, U.S. DISTRICT COURT
By_____ Deputy

YOU ARE HEREBY COMMANDED to arrest **WILLIAM BRYANT INMAN, JR.**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Fraudulent Use of Unauthorized Access Devices**, a violation of 18 U.S.C. § 1029(a)(2).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 19th day of February 2014.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 2/25/14 | Keegan Martin USPIS | KM |